UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRAISURE EARL SMITH,<br><br>Plaintiff,<br><br>v.<br><br>WAL-MART ASSOC. INC., WAL-MART STORE #3708, and MIKE PHILLIPS,<br><br>Defendants. | No. 2:17-cv-968-GEB-EFB PS<br><br><br><br>ORDER |

On January 10, 2018, the court dismissed plaintiff's amended complaint, explained the deficiencies therein, and granted plaintiff thirty days to file an amended complaint. ECF No. 4. Plaintiff now requests an extension of time in which to file an amended complaint. ECF No. 5. The request is granted.

The court notes that preparing an amended complaint does not require extensive legal research, as it should not contain any legal citations, but only a short and plain statement of the facts showing that plaintiff is entitled to relief. Accordingly, plaintiff's request for an extension of time (ECF No. 5) is granted, and plaintiff shall file an amended complaint by no later than March 12, 2018. Failure to file an amended complaint will result in a recommendation that this action be dismissed. *See* Fed. R. Civ. P. 41(b).

DATED: February 14, 2018.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE